Nos. 25-1603, 25-1659, 25-1655, 25-1657 (cons.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| RONALD L. SCHROEDER, *et al.*, | ) | On Appeal from the United States District Court for the Northern District of Illinois, Western Division |
| Plaintiffs-Appellants/Cross-Appellees, | ) ) | |
| v. | ) ) | |
| | ) | No. 1:17-cv-04663 |
| MARIO TRETO, JR., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, | ) ) ) ) ) | |
| | ) | The Honorable |
| Defendant-Appellee/Cross-Appellant. | ) ) | IAIN D. JOHNSTON, Judge Presiding. |
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, *et al.*, | ) ) ) ) | On Appeal from the United States District Court for the Northern District of Illinois, Western Division |
| Plaintiffs-Appellants/Cross-Appellees, | ) ) | |
| v. | ) ) | No. 3:16-cv-50310 |
| MARIO TRETO, JR., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, | ) ) ) ) ) | |
| | ) | The Honorable |
| Defendant-Appellee/Cross-Appellant. | ) ) | IAIN D. JOHNSTON, Judge Presiding. |

**MOTION OF DEFENDANT-APPELLEE/CROSS-APPELLANT FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Defendant-Appellee/Cross-Appellant Mario Treto, Jr., in his official capacity as

Secretary of the Illinois Department of Financial and Professional Regulation, moves

this court for a 21-day extension of time to file his reply brief in the cross-appeal, from January 9, 2026 to January 30, 2026, and submits the attached declaration in support of this motion.

                                        Respectfully submitted,

                                        KWAME RAOUL
                                        Attorney General
                                        State of Illinois

By:    /s/ Leigh J. Jahnig
        LEIGH J. JAHNIG
        Assistant Attorney General
        115 South LaSalle Street
        Chicago, Illinois 60603
        (312) 793-1473 (office)
        (773) 590-7877 (cell)
        Leigh.Jahnig@ilag.gov

## DECLARATION

I, Leigh J. Jahnig, state the following:

1.  I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2.  I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and I have been assigned to represent Defendant-Appellee/Cross-Appellant Mario Treto, Jr., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, in these consolidated appeals docketed as Nos. 25-1603, 25-1659, 25-1655, and 25-1657.

3.  Plaintiff-Appellants/Cross-Appellees filed their combined response/reply brief on December 19, 2025. 7th Cir. Doc. 48. Defendant-Appellee/Cross-Appellant's reply brief in the cross-appeal is due to be filed with this court by January 9, 2026, on zero extensions of time. *See* 7th Cir. Doc. 45. This is Defendant-Appellee/Cross-Appellant's first motion for an extension of time to file this brief, and this request is being made at least seven days before the due date as required by 7th Cir. R. 26.

4.  I will not be able to draft Defendant-Appellee/Cross-Appellant's reply brief, have the draft reviewed through the regular review process of the Civil Appeals Division, finalize the brief, and file the brief with this court by January 9, 2026, for the following reasons.

5.	I will be out of the office for family obligations from December 23-26, 2025, as well as on January 1, 2026, and will be unable to work on the brief during that time.

6.	In addition, I am currently drafting the response brief in *Golbert v. Smith*, No. 25-2235 in this court, which is due on January 2, 2026 on three extensions of time. This appeal concerns a claim that officials employed by the Illinois Department of Children and Family Services allegedly violated the substantive due process rights of a putative class of minors in the Department's custody. I have been prioritizing this matter in my work schedule because it is due on three extensions of time.

7.	On December 22, 2025, I advised counsel for Plaintiffs-Appellants/Cross-Appellees that I intended to request this extension and provided a copy of this motion in accordance with 7th Cir. R. 26.

8.	I do not request this extension of time from January 9, 2026 to January 30, 2026, to file the reply of Defendant-Appellee/Cross-Appellant for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 22, 2025.

/s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street

                                            Chicago, Illinois 60603
                                            (312) 793-1473 (office)
                                            (773) 590-7877 (cell)
                                            Leigh.Jahnig@ilag.gov

Case: 25-1657      Document: 52         Filed: 12/22/2025        Pages: 6

**CERTIFICATE OF FILING AND SERVICE**

      I hereby certify that on December 22, 2025, I electronically filed the foregoing Motion of Defendant-Appellee/Cross-Appellant for Extension of Time to File Reply Brief with the Clerk of United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

      I further certify that the other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

| | |
|---|---|
| Erik Baptist<br>ebaptist@adflegal.org | James A. Campbell<br>jcampbell@adflegal.org |
| Erin Morrow Hawley<br>ehawley@adflegal.org | Thomas Gerald Olp<br>tolp@thomasmoresociety.org |
| Kevin Theriot<br>ktheriot@adflegal.org | Julia Catherine Koon<br>jkoon@adflegal.org |

By:   /s/ Leigh J. Jahnig
          LEIGH J. JAHNIG
          Assistant Attorney General
          115 South LaSalle Street
          Chicago, Illinois 60603
          (312) 793-1473 (office)
          (773) 590-7877 (cell)
          Leigh.Jahnig@ilag.gov