# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 23, 2025

| No. 25-1603 & 25-1659 | RONALD L. SCHROEDER, et al.,<br>    Plaintiffs – Appellants, Cross - Appellees<br>v.<br><br>MARIO TRETO, JR.,<br>    Defendant – Appellee, Cross – Appellant |
|---|---|
| No. 25-1655 & 25-1657 | NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al.,<br>    Plaintiffs – Appellants, Cross - Appellees<br>v.<br><br>MARIO TRETO, JR.,<br>    Defendant – Appellee, Cross – Appellant, |
| **Originating Case Information:** | |
| District Court Nos: 1:17-cv-04663 & 3:16-cv-50310<br>Northern District of Illinois, Western Division<br>District Judge Iain D. Johnston | |

Upon consideration of the **MOTION OF DEFENDANT-APPELLEE/CROSS-APPELLANT FOR EXTENSION OF TIME TO FILE REPLY BRIEF**, filed on December 22, 2025, by counsel for the appellee/cross-appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Defendant shall file his reply brief, if any, in the cross-appeals on or before January 30, 2026.

 Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)