# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 30, 2025

*Before*

JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| Nos. 25-1603 & 25-1659 | RONALD L. SCHROEDER, et al.,<br>　　　　　　Plaintiffs – Appellants/Cross – Appellees<br><br>v.<br><br>MARIO TRETO, JR.,<br>　　　　　　Defendant – Appellee/Cross – Appellant |
| Nos. 25-1655 & 25-1657 | NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al.,<br>　　　　　　Plaintiffs – Appellants/Cross – Appellees<br><br>v.<br><br>MARIO TRETO, JR.,<br>　　　　　　Defendant – Appellee/Cross – Appellant |
| **Originating Case Information:** | |
| District Court Nos: 1:17-cv-04663<br>Northern District of Illinois, Western Division<br>District Judge Iain D. Johnston | |
| **Originating Case Information:** | |
| District Court No: 3:16-cv-50310<br>Northern District of Illinois, Western Division<br>District Judge Iain D. Johnston | |

The following are before the court:

1. **MOTION OF CARE NET FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLANTS-CROSS-APPELLEES AND**

**AFFIRMANCE IN DEFENDANT'S CROSS-APPEAL**, filed December 22, 2025, by counsel for Care Net.

2. **MOTION FOR LEAVE TO FILE AMICUS BRIEF OF THE AMERICAN CENTER FOR LAW & JUSTICE IN SUPPORT OF PLAINTIFFS-APPELLEES-CROSS-APPELLEES**, filed on December 22, 2025, by counsel for American Center for Law & Justice.

**IT IS ORDERED** that the motions are **DENIED** because they are untimely. Fed. R. App. P. 29(a)(6). Movants do not seek leave to file their briefs late, and those briefs are deficient in other ways including that the disclosure statements do not comply with Circuit Rule 26.1, Fed. R. App. P. 29(a)(4)(A), the brief of Care Net includes only two of the consolidated case numbers, and the brief of the American Center for Law and Justice does not use searchable text and does not include the disclosure statement before the table of contents.

form name: **c7_Order_3J**     (form ID: **177**)