Nos. 25-1657 & 25-1659

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

RONALD L. SCHROEDER, et al.

and

NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al.,

Plaintiffs-Appellants/Cross-Appellees,

v.

MARIO TRETO, JR,

Defendant-Appellee/Cross-Appellants

On Appeal from the United States District Court

for the Northern District of Illinois

Case No. 3:16-cv-50310

**MOTION OF MOVANT CARE NET
FOR RECONSIDERATION OF DENIAL OF LEAVE TO FILE BRIEF AS
AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLANTS-CROSS-
APPELLEES AND AFFIRMANCE IN DEFENDANT'S CROSS-APPEAL,
OR, ALTERNATIVELY, FOR LEAVE TO FILE OUT OF TIME**

Rita Martin Peters
CITIZENS FOR SELF-GOVERNANCE
5850 San Felipe, Suite 575A
Houston, TX. 77057
(540) 830-1229
rpeters@selfgovern.com
*Counsel for Amicus Curiae*

**MOTION OF MOVANT CARE NET FOR RECONSIDERATION OF DENAIL OF LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLANTS-CROSS-APPELLEES AND AFFIRMANCE IN DEFENDANT'S CROSS-APPEAL, OR, ALTERNATIVELY, FOR LEAVE TO FILE OUT OF TIME**

Pursuant to Federal Rule of Appellate Procedure 27(b), proposed Amicus Care Net respectfully requests reconsideration of the Court's December 30 Order denying leave to file an amicus curiae brief in support of Plaintiffs-Appellants-Cross-Appellees, Nos. 25-1657 and 25-1659. Dkt. 60. Alternatively, Movant requests leave of this Court to file the proposed brief out of time.

The Court denied proposed Amicus' Motion on the grounds that the Motion was "untimely," that its Disclosure Statement was insufficient, and that it only included two of the case numbers. Movant will address each point below.

1. Timeliness and Case Numbers.

Movant respectfully submits that its Motion for Leave to submit its Brief was timely filed, because Care Net only seeks to brief the issues raised in Defendant's Cross-Appeals, Nos. 25-1657 and 25-1659. This is why only those case numbers were listed on Care Net's Motion and proposed Brief. Plaintiffs-Appellants-Cross-Appellees' brief on Defendant's Cross-Appeals were due on or before December 19, 2025. Dkt 45. Therefore, proposed amicus briefs in support of Plaintiffs-Appellants-Cross-Appellees on Defendant's Cross-Appeals were due on or before December 26, 2025. Care Net's Motion and proposed Brief were timely filed on December 22, 2025. Dkt. 51. See *Practitioner's Handbook for Appeals to the United States Court of Appeals*

2

*for the Seventh Circuit*, p. 187, second note ("Amicus brief due within 7 days of the brief it supports.").

As a proposed Amicus, it would have been improper for Care Net to have filed its brief prior to the filing of Plaintiffs-Appellants-Cross-Appellees' brief on Defendant's Cross-Appeals, because duplication of the party's arguments is automatic grounds on which this Court would deny leave for the brief to be filed. *See National Organization for Women, Inc. v. Scheidler*, 223 F.3d 615, 617 (7th Cir. 2000).

2. Disclosure Statement. Counsel for Care Net has included a corrected Disclosure Statement in the attached brief.

3. Alternative Motion for Leave to File the Proposed Amicus Brief Out of Time.

In the event this Court denies Care Net's Motion for Reconsideration, Movant respectfully requests leave of this Court to file its proposed Amicus Brief out of time, given the reasonableness of Movant's belief that the applicable deadline for filing its Motion and proposed brief was December 26, 2025—seven days after the applicable deadline for the brief of the party Movant is supporting. The State would not be prejudiced by the Court's granting this Motion, as it still has the opportunity to respond in its final brief, due January 30th.

## CONCLUSION

For the foregoing reasons, proposed Amicus respectfully requests that the Court grant leave for Amicus to file the attached brief.

Dated: Jan. 8, 2026                          /s/ Rita M. Peters

                                                Rita Martin Peters
                                                CITIZENS FOR SELF-GOVERNANCE
                                                5850 San Felipe, Suite 575A
                                                Houston, TX. 77057
                                                (540) 830-1229
                                                rpeters@selfgovern.com
                                                *Counsel for Amicus Curiae*

CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the documents exempted by Fed. R. App. P. 32 (f), it contains 464 words.

2. This brief complies with the typeface and type style requirements of Fed. R. App. P. 32 (a)(5), (6) and Local Rule because this motion has been prepared in a proportionally spaced typeface with 12-point Century Schoolbook font.

Dated:   Jan. 8, 2026          /s/ Rita M. Peters
                               Rita M. Peters

## CERTIFICATE OF SERVICE

I hereby certify that on January 8th, I electronically filed this brief with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

| | |
|---|---|
| Dated: January 8th, 2026 | /s/ Rita M. Peters |
| | Rita M. Peters |