# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 13, 2026

Before
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| | |
|---|---|
| Nos. 25-1603 & 25-1659 | RONALD L. SCHROEDER, et al.,<br>     Plaintiffs – Appellants, Cross - Appellees<br><br>v.<br><br>MARIO TRETO, JR.,<br>     Defendant - Appellee |
| No. 25-1655 & 25-1657 | NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al.,<br>     Plaintiffs – Appellants, Cross – Appellees,<br><br>v.<br><br>MARIO TRETO, JR.,<br>     Defendant – Appellee, Cross - Appellant |
| **Originating Case Information:** | |
| District Court Nos: 1:17-cv-04663 & 3:16-cv-50310<br>Northern District of Illinois, Western Division<br>District Judge Iain D. Johnston | |

Upon consideration of the **MOTION FOR LEAVE TO FILE BRIEF FOR AMICUS CURIAE CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS IN SUPPORT OF THE APPELLANTS/CROSS-APPELLEES**, filed on December 26, 2025, by counsel for the Christian Medical & Dental Associations,

**IT IS ORDERED** that the motion is **DENIED** because it is untimely. Fed. R. App. P. 29(a)(6).

form name: **c7_Order_3J**    (form ID: **177**)