# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 13, 2026

Before
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| | |
|---|---|
| Nos. 25-1603 & 25-1659 | RONALD L. SCHROEDER, et al.,<br>　　　Plaintiffs – Appellants, Cross - Appellees<br>v.<br><br>MARIO TRETO, JR.,<br>　　　Defendant – Appellee, Cross - Appellant |
| No. 25-1655 & 25-1657 | NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al.,<br>　　　Plaintiffs – Appellants, Cross - Appellees,<br>v.<br><br>MARIO TRETO, JR.,<br>　　　Defendant – Appellee, Cross – Appellant, |
| **Originating Case Information:** | |
| District Court No: 1:17-cv-04663 & 3:16-cv-50310<br>Northern District of Illinois, Western Division<br>District Judge Iain D. Johnston | |

1. **MOTION OF MOVANTS CATHOLIC CONFERENCE OF ILLINOIS, ILLINOIS CATHOLIC HEALTH ASSOCIATION, ORTHODOX CHURCH IN AMERICA, AND SERBIAN ORTHODOX DIOCESE OF NEW GRACANICA-MIDWESTERN AMERICA TO RECONSIDER OF DENIAL OF LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF PLAINTIFFS-APPELLANTS-CROSS-APPELLEES AND AFFIRMANCE IN DEFENDANTS CROSS-APPEAL**, filed on January 5, 2026, by counsel for the movants.

2. **DEFENDANT-APPELLEE/CROSS-APPELLANT'S COMBINED RESPONSE TO MOTIONS TO RECONSIDER DENIAL OF LEAVE TO FILE BRIEFS OF AMICUS CURIAE**, filed on January 9, 2026, by counsel for the appellee/cross-appellant,

**IT IS ORDERED** that the motion to reconsider is **DENIED**.