# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 16, 2026

Before
JOSHUA P. KOLAR, *Circuit Judge*

| Nos. 25-1603 & 25-1659 | RONALD L. SCHROEDER, et al., <br>         Plaintiffs – Appellants, Cross - Appellees <br> v. <br><br> MARIO TRETO, JR., <br>         Defendant – Appellee, Cross - Appellant |
|---|---|
| Nos. 25-1655 & 25-1657 | NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al., <br>         Plaintiffs – Appellants, Cross - Appellees <br> v. <br><br> MARIO TRETO, JR., <br>         Defendant – Appellee, Cross - Appellant, |
| **Originating Case Information:** ||
| District Court Nos: 1:17-cv-04663 & 3:16-cv-50310 <br> Northern District of Illinois, Western Division <br> District Judge Iain D. Johnston ||

The following is before the court:

1. **MOTION OF MOVANT CARE NET FOR RECONSIDERATION OF DENIAL OF LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLANTS-CROSS-APPELLEES AND AFFIRMANCE IN DEFENDANT'S CROSS-APPEAL, OR, ALTERNATIVELY, FOR LEAVE TO FILE OUT OF TIME**, filed on January 8, 2025, by counsel for Care Net.

2. **DEFENDANT-APPELLEE/CROSS-APPELLANT'S COMBINED RESPONSE TO MOTIONS TO RECONSIDER DENIAL OF LEAVE TO FILE BRIEFS OF AMICUS CURIAE**, filed on January 9, 2026, by counsel for the appellee/cross-appellant.

**IT IS ORDERED** that the motion to reconsider is **DENIED**.