**Nos. 25-1657, 25-1659**

# In the United States Court of Appeals for the Seventh Circuit

RONALD L. SCHROEDER, ET AL.

and

NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, ET AL.,

*Plaintiffs-Appellants-Cross-Appellees,*

v.

MARIO TRETO, JR.,

*Defendant-Appellee-Cross-Appellant.*

On Appeal from the United States District Court for the
Northern District of Illinois, Western Division
Case No. 3:16-cv-50310, Hon. Iain D. Johnston

**MOTION OF MOVANTS CATHOLIC CONFERENCE OF ILLINOIS, ILLINOIS CATHOLIC HEALTH ASSOCIATION, ORTHODOX CHURCH IN AMERICA, AND SERBIAN ORTHODOX DIOCESE OF NEW GRAČANICA-MIDWESTERN AMERICA FOR THREE-JUDGE PANEL TO RECONSIDER DENIAL OF LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS–APPELLANTS–CROSS-APPELLEES AND AFFIRMANCE IN DEFENDANT'S CROSS-APPEAL OR TO GRANT LEAVE TO FILE OUT OF TIME**

Eric C. Rassbach
Richard C. Osborne
   *Counsel of Record*
Timothy P. Kowalczyk
THE BECKET FUND FOR
   RELIGIOUS LIBERTY
1919 Pennsylvania Ave. N.W.,
   Suite 400
Washington, DC 20006
(202) 955-0095
*rosborne@becketfund.org*

*Counsel for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 27(b) and Internal Operating Procedure 1(a)(2), proposed Amici the Catholic Conference of Illinois, the Illinois Catholic Health Association, the Orthodox Church in America, and the Serbian Orthodox Diocese of New Gračanica-Midwestern America respectfully move the Court for a three-judge panel to reconsider the Court's December 23 Order denying their motion for leave to file an amicus brief in Defendant's cross-appeals, Nos. 25-1657 and 25-1659, and to grant leave to file. Alternatively, if the panel concludes that the motion for leave was not timely filed, proposed Amici respectfully request leave of this Court to file the proposed amicus brief out of time.

The Court's December 23 Order denied proposed Amici's motion for leave to file an amicus brief, stating that the motion was "untimely." Dkt. 55 (citing Fed. R. App. P. 29(a)(6)). Proposed Amici then filed a motion for reconsideration, Dkt. 62, which the Court denied on January 13, 2026. Dkt. 66. The premise of the Court's conclusion is that proposed Amici sought to file an amicus brief in Plaintiffs' appeals, Nos. 25-1603 and 25-1655, where amicus briefs would have been due on June 4, 2025. But proposed Amici did not seek leave to file an amicus brief in Plaintiffs' appeals, which challenge only the district court's decision regarding Illinois's referral requirement for abortions. Indeed, Plaintiffs' opening briefs in these main appeals never discussed Illinois's benefits-discussion requirement—the issue for which proposed Amici sought leave to address. That is why proposed Amici sought leave to file an amicus brief

1

*only* in Defendant's cross-appeals, Nos. 25-1657 and 25-1659, which are the appeals that challenge the district court's decision regarding Illinois's benefits-discussion requirement. *See, e.g.*, Dkt. 46-1 at 1 (Amici "request leave to file a brief *amici curiae* in support of Cross-Appellees"); *id.* at 2 ("Amici therefore stand firmly against laws that burden religious speech like the one at issue in this cross-appeal."); *id.* ("Amici's brief makes a distinctive contribution to the Court's evaluation of Defendant's cross-appeal … ."). Consistent with that precise request, proposed Amici's brief addressed the issues raised in Defendant's cross-appeal. *See, e.g.*, Dkt. 46-2 at 1 ("The Conference has a significant interest in defending Catholic doctrine in this cross-appeal … ."); *id.* at 4 (proposing "simpler, and narrower, way to resolve this cross-appeal").

Because Amici sought leave to file an amicus brief only in Defendant's cross-appeals, Nos. 25-1657 and 25-1659, and not in Plaintiffs' appeals, Nos. 25-1603 and 25-1655, proposed Amici's motion for leave to file an amicus brief was timely. In Defendant's cross-appeals, proposed Amici's brief in support of Plaintiffs was due on or before December 26, 2025. *See* Fed. R. App. P. 29(a)(6). Proposed Amici therefore timely filed their motion for leave and proposed amicus brief on December 16, 2025.

Alternatively, if the three-judge panel denies proposed Amici's motion for reconsideration, proposed Amici respectfully request leave to file their brief out of time. Proposed Amici reasonably believed that their amicus brief was due seven days after Plaintiffs filed their response briefs in

2

Defendant's cross-appeals—which were the first briefs filed by Plaintiffs to address the constitutionality of Illinois's benefits-discussion requirement. Nor would Defendant be prejudiced by proposed Amici's request, given that Defendant's reply brief in the cross-appeals is not due until January 30, 2026, and Defendant has been aware of the arguments made in the proposed amicus brief since December 16, 2025.

## CONCLUSION

For these reasons, proposed Amici respectfully request that a three-judge panel reconsider the Court's December 23 Order and grant leave to file the proposed amicus brief.

January 16, 2026

Respectfully submitted,

/s/ *Richard C. Osborne*
Eric C. Rassbach
Richard C. Osborne
  *Counsel of Record*
Timothy P. Kowalczyk
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave. N.W.,
  Ste. 400
Washington, DC 20006
(202) 955-0095
*rosborne@becketfund.org*

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with (1) the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 589 words, excluding the parts exempted by Fed. R. App. P. 27(a)(2)(B) and Fed. R. App. P. 32(f), and (2) the typeface and style requirements of Fed. R. App. P. 32(a)(5)-(6) and 7th Cir. R. 32 because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the program used for the word count).

/s/ *Richard C. Osborne*
Richard C. Osborne

Dated: January 16, 2026

## CERTIFICATE OF SERVICE

I certify that on January 16, 2026, the foregoing brief was served on counsel for all parties by means of the Court's ECF system.

/s/ *Richard C. Osborne*
Richard C. Osborne
