# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 20, 2026

Before
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| | |
|---|---|
| Nos. 25-1603 & 25-1659 | RONALD L. SCHROEDER, et al.,<br>    Plaintiffs – Appellants, Cross - Appellees<br><br>v.<br><br>MARIO TRETO, JR.,<br>    Defendant – Appellee, Cross – Appellant, |
| Nos. 25-1655 & 25-1657 | NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al.,<br>    Plaintiffs - Appellants<br><br>v.<br><br>MARIO TRETO, JR.,<br>    Defendant - Appellee |

**Originating Case Information:**

District Court Nos: 1:17-cv-04663 & 3:16-cv-50310
Northern District of Illinois, Western Division
District Judge Iain D. Johnston

Upon consideration of the **MOTION OF MOVANTS CATHOLIC CONFERENCE OF ILLINOIS, ILLINOIS CATHOLIC HEALTH ASSOCIATION, ORTHODOX CHURCH IN AMERICA, AND SERBIAN ORTHODOX DIOCESE OF NEW GRAČANICA-MIDWESTERN AMERICA FOR THREE-JUDGE PANEL TO RECONSIDER DENIAL OF LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF PLAINTIFFS–APPELLANTS–CROSS-APPELLEES AND AFFIRMANCE IN DEFENDANT'S CROSS-APPEAL OR TO GRANT LEAVE TO FILE OUT OF TIME**, filed on January 16, 2026, by counsel for the movants,

**IT IS ORDERED** that the motion is **DENIED**. Further repetitive requests will be filed without court action. 7th Cir. Op. P. 1(c)(8). *See also* 7th Cir. Op. P. 1(a)(1).