# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 22, 2026

Before
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| Nos. 25-1603 & 25-1659 | RONALD L. SCHROEDER, et al.,<br>    Plaintiffs – Appellants, Cross – Appellees<br><br>v.<br><br>MARIO TRETO, JR.,<br>    Defendant – Appellee, Cross – Appellant |
| Nos. 25-1655 & 25-1657 | NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al.,<br>    Plaintiffs – Appellants, Cross – Appellees<br><br>v.<br><br>MARIO TRETO, JR.,<br>    Defendant – Appellee, Cross – Appellant |
| **Originating Case Information:** | |
| District Court No: 1:17-cv-04663 & 3:16-cv-50310<br>Northern District of Illinois, Western Division<br>District Judge Iain D. Johnston | |

Upon consideration of the **MOTION OF MOVANT CARE NET FOR THREE-JUDGE PANEL TO RECONSIDER DENIAL OF LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLANTS-CROSS-APPELLEES AND AFFIRMANCE IN DEFENDANT'S CROSS-APPEAL, OR, ALTERNATIVELY, FOR LEAVE TO FILE OUT OF TIME**, filed on January 20, 2026, by counsel for Care Net,

**IT IS ORDERED** that the motion is **DENIED**. "An amicus curiae must file its brief … no later than 7 days after the principal brief of the party being supported is filed." Fed.

R. App. P. 29(a)(6); *see also* Practitioner's Handbook for Appeals to the United States Court of Appeals for the Seventh Circuit at 180 ("Absent leave of court, an amicus curiae brief must be filed no later than 7 days after the principal brief of the party whose position it supports is filed."). "A 'principal brief' is the opening brief on the merits, as opposed to a reply brief or another variety of brief." *Fry v. Exelon Corp. Cash Balance Pension Plan*, 576 F.3d 723, 725 (7th Cir. 2009) (Easterbrook, J., in chambers). In this appeal, the appellants/cross-appellees filed their opening brief on the merits—the principal brief—on May 28, 2025. This brief was titled "Consolidated Principal Brief of Appellants." Under Rule 29(a)(6), proposed amicus Care Net's brief in support of the appellants/cross-appellees was thus due no later than June 4.

form name: **c7_Order_3J**     (form ID: **177**)